UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| **JAMES K. ARINGTON,** | ) | Case No. 1:16-CV-315 JD |
| **Plaintiff,** | ) | Judge Jon E. Deguilio |
| v. | ) | |
| **INDIANA WORKER'S COMPENSATION BOARD, et al.,** | ) | |
| | ) | |
| **Defendants** | | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT

Now comes the Plaintiff, by and through counsel Wesley M. Miller Jr., and moves the Court for an extension of time to file an amended complaint. This Court ordered Plaintiff on October 18, 2016 to file an amended complaint by November 18, 2016. Since the issuance of the order Plaintiff has obtained counsel who filed a *Motion for Admission to Practice Pro Hoc Vice* on behalf of the Plaintiff and was granted on November 2, 2016. Counsel now requests an extension of approximately 60 days to file an amended complaint due to the complexity of the issues and the number of potential defendants, and in consideration of counsel's prior commitments.

Respectfully submitted,
*/s/ Wesley M. Miller Jr.*
Wesley M. Miller Jr. (0043875 OH)
P.O. Box 11417
Toledo, OH 43611
Tel: 419-508-7892
Email: wes@wesleymillerlaw.com
Fax: 567-225-3000
Counsel for Plaintiff